371 A.2d 853
Commonwealth v. DeAngelis et al., Appellants.

Submitted September 13, 1976.  Vincent J.

Ziccardi, for appellants; Arnold L. New, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.